AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| | |
|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)* | **2. Court or Organization** |

SHARPE, GARY L.          U.S. DISTRICT COURT, NDNY     **3. Date of Report** 5-13-2005

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

DJ, ACTIVE

**5. Report Type** (check appropriate type)

___ Nomination, Date _____

___ Initial   ✓ Annual   ___ Final

**6. Reporting Period**

01 | 01 | 2004 —
12 | 31 | 2004

**7. Chambers or Office Address**

JAMES T. FOLEY COURTHOUSE
445 BROADWAY
ALBANY, NY 12207

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ✓ NONE (No reportable positions.) | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ✓ NONE (No reportable agreements.) | |

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ✓ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2004 | INDEPENDENT CONTRACTOR - NEW YORK STATE ELECTRIC & GAS | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ✓ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✓ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ✓ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 MORGAN STANLEY (IRA#1) | | NONE | | | SELL ROLLOVER | 5-25 | K | | |
| 2 ___ ENTERPRISE GP. GROWTH | | | | | | | | | |
| 3 ___ FRANKLIN REAL EST SECS | | | | | | | | | |
| 4 ___ PIMCO LOW DURATION | | | | | | | | | |
| 5 ___ PIMCO TOTAL RETURN | | | | | | | | | |
| 6 ___ T ROWE PRICE HIGH YLD | | | | | | | | | |
| 7 ___ PUTNAM INTL GROWTH | | | | | | | | | |
| 8 ___ T ROWE PRICE SM CAP | | | | | | | | | |
| 9 ___ SCUDDER DREMAN HIGH RETURN | | | | | | | | | |
| 10 ___ STRONG OPPORTUNITY | | | | | | | | | |
| 11 ___ TEMPLETON DEVELOPING MKTS | | | | | | | | | |
| 12 MERRILL LYNCH (IRA #1) | C | DIV | K | T | BUY ROLLOVER | 5-25 | K | | |
| 13 ___ OAKMARK SELECT | | | | | | | | | |
| 14 ___ MFS RESEARCH BOND CL A | | | | | | | | | |
| 15 ___ TCW GALILEO SELECT | | | | | | | | | |
| 16 ___ TCW GALILEO SELECT | | | | | | SELL | 9-8 | J | | |
| 17 ___ ML GLOBAL SMALL CAP | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  ML GLOBAL SMALL CAP | | | | | SELL | 9-8 | J | | |
| 19  PIMCO REAL RETURN BOND FD CL A | | | | | | | | | |
| 20  OPPENHEIMER INTERNATL BOND FD CL A | | | | | | | | | |
| 21  SCUDDER HIGH RETURN FD CL A | | | | | | | | | |
| 22  PHOENIX-ENGEMAN SMALL + MID CAP GR FD | | | | | | | | | |
| 23  PHOENIX-ENGEMAN SMALL + MID CAP GR FD | | | | | SELL | 9-8 | J | | |
| 24  DREYFUS PREMIER INTL VALUE CL A | | | | | | | | | |
| 25  LORD ABBETT RESEARCH Sm. CAP CL A | | | | | | | | | |
| 26  OPPENHEIMER DEVELOPING MKTS CL A | | | | | | | | | |
| 27  THORNBURG INTERNATIONAL VALUE FD A | | | | | | | | | |
| 28  VANKAMPEN COMSTOCK FUND CL A | | | | | | | | | |
| 29  DREYFUS APPRECIATION FD | | | | | | | | | |
| 30  RETIREMENT SERVICES CL I | | | | | | | | | |
| 31  COHEN + STEERS SPECIAL EQUITY FUND | | | | | BUY | 9-8 | J | | |
| 32  MATTHEWS ASIAN FUNDS JAPAN FUNDS | | | | | BUY | 9-8 | J | | |
| 33  JOHN HANCOCK US GLOBAL LEADERS GROWTH FD | | | | | BUY | 9-8 | J | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 Putnam (401 K) | | NONE | | | Rollover to IRA | 1-23 | m | | |
| 35 -- Putnam Voyager | | | | | | | | | |
| 36 -- Putnam Growth + Income | | | | | | | | | |
| 37 -- Energy East | | | | | | | | | |
| 38 -- Putnam Money Market | | | | | | | | | |
| 39 -- Janus Advisor Balanced | | | | | | | | | |
| 40 -- Pimco Total Return | | | | | | | | | |
| 41 --- Putnam Asset Allocation Conservative Y | | | | | | | | | |
| 42 Morgan Stanley (IRA#2) | | NONE | | | Rollover from Putnam | 1-23 | m | | |
| 43 _ Amer Cent Grwth | | | | | | | | | |
| 44 _ Dryden Sh Term Corp Bd | | | | | | | | | |
| 45 _ Fidelity Adv Overseas A | | | | | | | | | |
| 46 --- Jennison US Emerg. Grw A | | | | | | | | | |
| 47 -- Mfs New Discovery A | | | | | | | | | |
| 48 -- Pimco Total Return A | | | | | | | | | |
| 49 --- T Rowe Price Equ Inc Adv | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 TEMPLETON DEVELOPING MKTS A | | | | | | | | | |
| 51 AMER CENT GRWTH | | NONE | | | SELL | 5-10 | K | | |
| 52 DRYDEN SHORT TERM CORP. BD | | NONE | | | SELL | 5-10 | K | | |
| 53 FIDELITY ADV OVERSEAS A | | NONE | | | SELL | 5-10 | K | | |
| 54 JENNISON US EMERG. GRW A | | NONE | | | SELL | 5-10 | K | | |
| 55 MFS NEW DISCOVERY A | | NONE | | | SELL | 5-10 | K | | |
| 56 PIMCO TOTAL RETURN A | | NONE | | | SELL | 5-10 | J | | |
| 57 T ROWE PRICE EQU INC ADV | | NONE | | | SELL | 5-10 | K | | |
| 58 TEMPLETON DEVELOPING MKTS A | | NONE | | | SELL | 5-10 | K | | |
| 59 MERRIL LYNCH IRA #2 | E | DIV | M | T | ROLLOVER FROM MORGAN STANLEY #2 | 5-26 | | | |
| 60 OAKMARK SELECT | | | | | | | | | |
| 61 MFS RESEARCH BOND | | | | | | | | | |
| 62 TCW GALILEO SELECT EQUITIES | | | | | | | | | |
| 63 TCW GALILEO SELECT EQUITIES | | | | | SELL | 9-8 | K | | |
| 64 ML GLOBAL SMALL CAP | | | | | | | | | |
| 65 ML GLOBAL SMALL CAP | | | | | SELL | 9-8 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 5 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 66 PIMCO REAL RETURN BOND FD | | | | | | | | | |
| 67 OPPENHEIMER INTERNATL BOND FD | | | | | | | | | |
| 68 SCUDDER HIGH RETURN FD | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHARPE, GARY L. | 5-13-2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

SEE, ATTACHMENTS

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatur̲e̲_____ Date  5-13-2005

NOTE: ████████████████████ ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJE████████████████████ (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## Attachment

**Sharpe, Gary L.**      **5-13-2005**

## VIII.  Additional Information or Explanations

Generic: As is the case every year, the only explanations necessary relate to Part VII, Investments and Trusts.

Organization: I have done two things regarding organization.  First, the original Part VII contains (5) pages, numbered 1-5, and identified as Lines 1-68.  Since I needed more space, I duplicated those pages in the same order, and they are attached as pages "Attachment, Pages 6-17," with each attachment page repeating the Line designations of the original five.  Secondly, I have followed the same general order of the investments as they appeared last year except that I have added accounts directly following those which they replaced so that you can see the history.  Additionally, I have numbered certain accounts for clarity.

### Overview

On last year's report, the T. Rowe Price IRA (P. 1, L. 1-3) was rolled over into a Morgan Stanley IRA (P. 1, & Attachment, P. 1, L. 4-17 & 1-5).  This year's report begins with that same Morgan Stanley IRA, but designates it as Morgan Stanley "IRA #1."  *See* P.1, L. 1-11.  That IRA was rolled over to "Merrill Lynch IRA # 1" on May 25 (PP. 1-2, L. 12-33).

The next entry on last year's report was the Putnam 401(k).  *See* P. 1, L. 15-17, & Attachment, P. 1, L. 1-5.  On this year's report, that Putnam account is reported on P. 3, L. 34-41.  It was rolled over on January 23 to Morgan Stanley IRA #2, P. 3-4, L. 42-58, and rolled over to Merrill Lynch IRA # 2 on May 26, PP. 4-6, L. 59-68, & Attachment, P. 6, L. 1-12.

Last year's Energy East Common Stock and New York 529 entries (Attachment, P. 1, L. 6 & 7), are on this year's report at Attachment, P. 6, L. 13 & 14.

Last year's new Morgan Stanley Mutual Fund account was reported

at Attachment, P. 1, L. 8-17. This year, that account is at Attachment, PP. 6-8, L. 15-45. That account was closed on May 10, and the assets transferred into the Merrill Lynch Mutual Fund account reported on Attachment, PP. 8-10, L. 46-68 & Attachment, P. 11, 1-7. *There are two Merrill Lynch Mutual Fund accounts listed. See Attachment, PP. 8-9, L. 46-60 and PP. 9-11, L. 61-68 & 1-7. These are the **same** account. I was totally unclear as to how to report the opening and closing of that account in the same year, together with the underlying transactions.*

The next entry on last year's report was the Morgan Stanley Stock Fund. *See* Attachment, PP. 2-3, L. 1-17, & 1-3. That fund is reported this year at Attachment, PP. 11-12, L. 8-32. The various transactions in that account are reported. However, that account was closed on May 17, and various stocks were transferred into a new Merrill Lynch Stock account. The Merrill Lynch Stock fund is at Attachment, PP. 12-13, L. 33-42. The stock transferred into the Merrill Lynch account is designated as "Transfer" at Attachment, P. 12, L. 25-32. All stock in the Merrill Lynch Stock fund account was thereafter sold, and the account closed on July 21. *Once again, I did not know how to report the opening and closing in the same year, and the Merrill Lynch Stock fund at Attachment, P. 12, L. 33 and at Attachment, P. 13, L. 42 is the same account.*

The last entry on last year's report was a new "Morgan Stanley IRA." *See Attachment, P. 3, L. 4.* On this year's report, that same IRA has been designated as "Morgan Stanley IRA # 3," and is reported at Attachment, P. 13, L. 43. It was rolled over on May 21 to Merrill Lynch IRA # 3 reported at Attachment, PP. 13-16, L. 44-68 & 1-11.

And finally, there is a new American Express IRA reported on this year's report at Attachment, PP. 16-17, L. 12-20, and preceded by an "X." This is a new IRA created in lieu of a corporate pension.

<u>Individual Entry Notes</u>

New York 529, Attachment P. 6, L. 14: The dates are listed as "1-1 through 12-1." This reflects automatic contributions to the account on the first of each month. The total value of the contributions is reflected by the "J" entry.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHARPE, GARY L. | 5-13-2005 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 PHOENIX-ENGEMANN SMALL & MIDCAP GR | | | | | | | | | |
| 2 PHOENIX-ENGEMANN SMALL & MIDCAP GR | | | | | SELL | 9-8 | J | | |
| 3 DREYFUS PREMIER INTL VALUE FD | | | | | | | | | |
| 4 LORD ABBETT RESEARCH FD | | | | | | | | | |
| 5 OPPENHEIMER DEVELOPING MKTS FD | | | | | | | | | |
| 6 THORNBURG INTERNATIONAL FUND | | | | | | | | | |
| 7 VAN KAMPEN COMSTOCK FD | | | | | | | | | |
| 8 DREYFUS APPRECIATION FD | | | | | | | | | |
| 9 RETIREMENT SERVICES | | | | | | | | | |
| 10 COHEN & STEERS SPECIAL EQUITY FD | | | | | BUY | 9-8 | J | | |
| 11 MATTHEWS ASIAN FUNDS JAPAN FUND | | | | | BUY | 9-8 | J | | |
| 12 JOHN HANCOCK US GLOBAL LEADERS GRWTH FD | | | | | BUY | 9-8 | K | | |
| 13 ENERGY EAST Common Stock | A | DIV | J | T | | | | | |
| 14 NEW YORK COLLEGE TUITION SAVINGS (529) | A | DIV | J | T | BUY | 1-1→ 12-1 | XJ | | SEE, ATTACHMENT |
| 15 MORGAN STANLEY MUTUAL FUND | | | | | SELL | 5-10 | K | | |
| 16 ENTERPRISE GROWTH A | | | | | PARTIAL SALE | 1-21 | J | A | |
| 17 ENTERPRISE GROWTH A | | | | | PARTIAL SALE | 2-5 | J | A | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Attachment

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 5-13-2005 |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Enterprise Growth A | | | | | Sell | 4-19 | J | A | |
| 19 Fidelity Advisor Midcap | | | | | Partial Sale | 1-21 | J | A | |
| 20 Fidelity Advisor Midcap | | | | | Partial Sale | 2-5 | J | A | |
| 21 Fidelity Advisor Midcap | | | | | Sale | 5-10 | J | A | |
| 22 Fidelity Advisor Overseas | | | | | Partial Sale | 1-21 | J | A | |
| 23 Fidelity Advisor Overseas | | | | | Partial Sale | 2-5 | J | A | |
| 24 Fidelity Advisor Overseas | | | | | Sale | 5-10 | J | A | |
| 25 Franklin Real Est Secs | | | | | Partial Sale | 1-21 | J | A | |
| 26 Franklin Real Est Secs | | | | | Partial Sale | 2-5 | J | A | |
| 27 Franklin Real Est Secs | | | | | Sale | 5-10 | J | A | |
| 28 Oppenheimer Amt-Free NY Muni A | | | | | Partial Sale | 1-21 | J | A | |
| 29 Oppenheimer Amt-Free NY Muni A | | | | | Partial Sale | 2-5 | J | A | |
| 30 Oppenheimer Amt-Free NY Muni A | | | | | Sale | 5-10 | J | | |
| 31 T Rowe Price Sm Cap Stock Adv | | | | | Partial Sale | 1-21 | J | A | |
| 32 T Rowe Price Sm Cap Stock Adv | | | | | Partial Sale | 2-5 | J | A | |
| 33 T Rowe Price Sm Cap Stock Adv | | | | | Sale | 5-10 | J | A | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

ATTACHMENT

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 8 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 SCUDDER DREYMAN HIGH RETURN A | | | | | PARTIAL SALE | 1-21 | J | A | |
| 35 SCUDDER DREMAN HIGH RETURN A | | | | | PARTIAL SALE | 2-5 | J | A | |
| 36 SCUDDER DREMAN HIGH RETURN A | | | | | SALE | 5-10 | J | A | |
| 37 STRONG SHRT TERM MUNI BD INV | | | | | PARTIAL SALE | 1-21 | J | A | |
| 38 STRONG SHRT TERM MUNI BD INV | | | | | PARTIAL SALE | 2-5 | J | A | |
| 39 STRONG SHRT TERM MUNI BD INV | | | | | PARTIAL SALE | 3-26 | J | A | |
| 40 STRONG SHRT TERM MUNI BD INV | | | | | SALE | 5-10 | J | | |
| 41 TEMPLETON DEVELOPING MKTS A | | | | | PARTIAL SALE | 1-21 | J | A | |
| 42 TEMPLETON DEVELOPING MKTS A | | | | | PARTIAL SALE | 2-5 | J | A | |
| 43 TEMPLETON DEVELOPING MKTS A | | | | | SALE | 5-10 | J | A | |
| 44 AMERICAN CENT GRWTH ADV | | | | | BUY | 4-19 | J | | |
| 45 AMERICAN CENT GRWTH ADV | | | | | SELL | 5-10 | J | | |
| 46 MERRILL LYNCH MUTUAL FUND | A | DIV | | | BUY | 5-21 | K | | |
| 47 OAKMARK SELECT | | | | | BUY | 6-2 | J | | |
| 48 MFS RESEARCH BD ~~OAKMARK SELECT~~ | | | | | BUY | 6-2 | J | | |
| 49 TCW GALILEO SELECT | | | | | BUY | 6-2 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,000-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

ATTACHMENT

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 ML GLOBAL SMALL CAP | | | | | BUY | 6-2 | J | | |
| 51 PIMCO REAL RETURN BOND FD | | | | | BUY | 6-2 | J | | |
| 52 OPPENHEIMER INTERNATL BOND FD | | | | | BUY | 6-2 | J | | |
| 53 SCUDDER HIGH RETURN | | | | | BUY | 6-2 | J | | |
| 54 PHOENIX - ENGEMANN SMALL & MID CAP | | | | | BUY | 6-2 | J | | |
| 55 DREYFUS PREMIER INTL VALUE FD | | | | | BUY | 6-2 | J | | |
| 56 LORD ABBETT RESEARCH FD | | | | | BUY | 6-2 | J | | |
| 57 OPPENHEIMER DEVELOPING MKTS | | | | | BUY | 6-2 | J | | |
| 58 THORNBURG INTERNATIONAL VALUE FD | | | | | BUY | 6-2 | J | | |
| 59 VAN KAMPEN COMSTOCK FUND | | | | | BUY | 6-2 | J | | |
| 60 DREYFUS APPRECIATION FD | | | | | BUY | 62 | J | | |
| 61 MERRILL LYNCH MUTUAL FUND | | | | | SELL | 7-21 | K | A | |
| 62 OAKMARK SELECT | | | | | SELL | 7-21 | J | | |
| 63 MFS RESEARCH BD | | | | | SELL | 7-21 | J | A | |
| 64 TCW GALILEO SELECT | | | | | SELL | 7-21 | J | | |
| 65 ML GLOBAL SMALL CAP | | | | | SELL | 7-21 | J | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

*Attachment*

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 10 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 66. PIMCO REAL RETURN BOND FD | | | | | SELL | 7-21 | J | A | |
| 67 OPPENHEIMER INTERNATL BOND FD | | | | | SELL | 7-21 | J | A | |
| 68 SCUDDER HIGH RETURN | | | | | SELL | 7-21 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

ATTACHMENT

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page X INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 PHOENIX-ENGEMANN Small + MID CAP | | | | | SELL | 7-21 | J | | |
| 2 DREYFUS PREMIER INTL VALUE FD | | | | | SELL | 7-21 | J | A | |
| 3 LORD ABBETT RESEARCH FD | | | | | SELL | 7-21 | J | A | |
| 4 OPPENHEIMER DEVELOPING MKTS | | | | | SELL | 7-21 | J | A | |
| 5 THORNBURGH INTERNATIONAL VALUE FD | | | | | SELL | 7-21 | J | A | |
| 6 VAN KAMPEN COMSTOCK FUND | | | | | SELL | 7-21 | J | | |
| 7 DREYFUS APPRECIATION FUND | | | | | SELL | 7-21 | J | | |
| 8 MORGAN STANLEY STOCK FUND | | | | | CLOSE | 5-17 | K | | |
| 9 EXXON MOBIL Common | A | DIV | | | SELL | 1-21 | J | A | |
| 10 WELLS FARGO Common | A | DIV | | | SELL | 1-21 | J | A | |
| 11 MEDCO HEALTH SOLUTIONS Common | A | DIV | | | SELL | 1-21 | J | A | |
| 12 AMERICAN INTERNATIONAL GP Common | A | DIV | | | SELL | 1-21 | J | A | |
| 13 CISCO Common | A | DIV | | | SELL | 1-21 | J | A | |
| 14 FREDDIE MAC Common | A | DIV | | | SELL | 1-21 | J | A | |
| 15 INTEL Common | A | DIV | | | SELL | 1-21 | J | A | |
| 16 ELI LILLY + Co Common | A | DIV | | | SELL | 1-21 | J | A | |
| 17 LOWES COMPANIES INC Common | A | DIV | | | SELL | 1-21 | J | A | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Attachment

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 __ MERCK & Co. Common | A | DIV | | | SELL | 1-21 | J | | |
| 19 __ MICROSOFT Common | A | DIV | | | SELL | 1-21 | J | | |
| 20 __ PEPSICO INC NC Common | A | DIV | | | SELL | 1-21 | J | A | |
| 21 __ WM WRIGLEY JR. CO. Common | A | DIV | | | SELL | 1-21 | J | A | |
| 22 __ JOHNSON & JOHNSON Common | A | DIV | | | SELL | 1-21 | J | A | |
| 23 __ JP MORGAN CHASE & CO Common | A | DIV | | | SELL | 1-21 | J | A | |
| 24 __ PFIZER Common | A | DIV | | | SELL | 1-21 | J | A | |
| 25 __ AMER INTL GROUP Common | A | DIV | J | T | TRANSFER | 5-17 | J | A | |
| 26 __ GENERAL ELECTRIC Common | A | DIV | J | T | TRANSFER | 5-17 | J | A | |
| 27 __ INTEL CORP Common | A | DIV | J | T | TRANSFER | 5-17 | J | A | |
| 28 __ ELI LILLY Common | A | DIV | J | T | TRANSFER | 5-17 | J | A | |
| 29 __ PFIZER Common | A | DIV | J | T | TRANSFER | 5-17 | J | A | |
| 30 __ STRKER CORP. Common | A | DIV | K | T | TRANSFER | 5-17 | K | A | |
| 31 __ TOOTSIE ROLL Common | A | DIV | J | T | TRANSFER | 5-17 | J | A | |
| 32 __ WELLS FARGO Common | A | DIV | J | T | TRANSFER | 5-17 | J | A | |
| 33 MERRILL LYNCH STOCK FUND | | | | | TRANSFER CLOSE | 5-17 5-21 | K | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

ATTACHMENT

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 13 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 AMER INTL GROUP Common | | | | | SELL | 7-21 | J | A | |
| 35 GENERAL ELECTRIC Common | | | | | SELL | 7-21 | J | A | |
| 36 INTEL CORP. Common | | | | | SELL | 7-21 | J | | |
| 37 ELI LILLY Common | | | | | SELL | 7-21 | J | A | |
| 38 PFIZER Common | | | | | SELL | 7-21 | J | A | |
| 39 STRKER CORP. Common | | | | | SELL | 7-21 | K | | |
| 40 TOOTSIE ROLL Common | | | | | SELL | 7-21 | J | | |
| 41 WELLS FARGO Common | | | | | SELL | 7-21 | J | A | |
| 42 MERRILL LYNCH STOCK FUND | | | | | CLOSE | 7-21 | | | |
| 43 MORGAN STANLEY IRA #3 | X | | | | ROLLOVER | 5-21 | K | | |
| 44 MERRILL LYNCH IRA #3 | A | DIV | | | ROLLOVER | 5-21 | K | | |
| 45 OAKMARK SELECT | X | | | | BUY | 6-8 | J | | |
| 46 MFS RESEARCH | | | | | BUY | 6-8 | J | | |
| 47 TCW GALILEO | | | | | BUY | 6-8 | J | | |
| 48 ML GLOBAL | | | | | BUY | 6-8 | J | | |
| 49 PIMCO REAL RETURN | | | | | BUY | 6-8 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Attachment

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 14 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 OPPENHEIMER INTLL | | | | | BUY | 6-8 | J | | |
| 51 SCUDDER HIGH RETURN | | | | | BUY | 6-8 | J | | |
| 52 PHOENIX - ENGEMANN | | | | | BUY | 6-8 | J | | |
| 53 DREYFUS PREMIER | | | | | BUY | 6-8 | J | | |
| 54 LORD ABBETT RESEARCH | | | | | BUY | 6-8 | J | | |
| 55 OPPENHEIMER DEVELOPING MARKETS | | | | | BUY | 6-8 | J | | |
| 56 THORNBURG INTERNATIONAL | | | | | BUY | 6-8 | J | | |
| 57 VAN KAMPEN COMSTOCK | | | | | BUY | 6-8 | J | | |
| 58 DREYFUS APPRECIATION | | | | | BUY | 6-8 | J | | |
| 59 RETIREMENT SERVICES | | | | | BUY | 6-8 | J | | |
| 60 COHEN & STEERS | | | | | BUY | 9-8 | J | | |
| 61 MATTHEWS ASIAN FUNDS | | | | | BUY | 9-8 | J | | |
| 62 JOHN HANCOCK US GLOBAL LEADERS | | | | | BUY | 9-8 | J | | |
| 63 TCW GALILEO | | | | | SELL | 9-8 | J | | |
| 64 ML GLOBAL | | | | | SELL | 9-8 | J | | |
| 65 PHOENIX-ENGEMANN | | | | | SELL | 9-8 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Attachment

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page 15 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 66 OAKMARK SELECT | | | | | SELL | 10-21 | J | | |
| 67 COHEN + STEERS | | | | | SELL | 10-21 | J | A | |
| 68 MATTHEWS ASIAN FUNDS | | | | | SELL | 10-21 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

16

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page X INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 --- MFS RESEARCH | | | | | SELL | 10-27 | J | A | |
| 2 --- JOHN HANCOCK US GLOBAL LEADERS | | | | | SELL | 10-27 | J | | |
| 3 --- PIMCO REAL RETURN | | | | | SELL | 10-27 | J | A | |
| 4 --- OPPENHEIMER INTERNATIONAL | | | | | SELL | 10-27 | J | A | |
| 5 --- SCUDDER HIGH RETURN | | | | | SELL | 10-27 | J | A | |
| 6 --- DREYFUS PREMIER | | | | | SELL | 10-27 | J | A | |
| 7 --- LORD ABBETT RESEARCH | | | | | SELL | 10-27 | J | A | |
| 8 --- OPPENHEIMER DEVELOPING MARKES | | | | | SELL | 10-27 | J | A | |
| 9 --- THORNBURG INTERNATIONAL | | | | | SELL | 10-27 | J | A | |
| 10 --- VAN KAMPEN COMSTOCK | | | | | SELL | 10-27 | J | A | |
| 11 --- DREYFUS APPRECIATION | | | | | SELL | 10-27 | J | | |
| 12 (X) AMERICAN EXPRESS IRA | F | DIV. | N | T | | | | | SEE, ATTACHMENT |
| 13 --- LACAX | | | | | | | | | |
| 14 --- LT FAX | | | | | | | | | |
| 15 --- CHGAX | | | | | | | | | |
| 16 --- NYVTX | | | | | | | | | |
| 17 --- EXTGX | | | | | | | | | |

1. Income/Gain Codes A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

ATTACHMENT

# FINANCIAL DISCLOSURE REPORT
## 17

| Name of Person Reporting | Date of Report |
|---|---|
| SHARPE, GARY L. | 5-13-2005 |

## VII. Page X INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 ___ PCVAX | | | | | | | | | |
| 19 ___ PQNAX | | | | | | | | | |
| 20 ___ PRTNX | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |